# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: BOEING 737 MAX PILOTS LITIGATION

This Document Related to All Actions

Lead Case No. 19-cv-5008

Consolidated cases:
19-cv-5009; 19-cv-5012; 19-cv-5017;
19-cv-5019; 19-cv-5020; 19-cv-5177;
19-cv-5517; 19-cv-5523; 19-cv-5911;
19-cv-6807; 19-cv-7294; 20-cv-761;
and 20-cv-762

Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendants
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant The Boeing Company
and against plaintiffs Boeing 737 Max Pilots (Mathieu Crye, Kornl Vrhelyi, Gustavo Urtubey, David Saunders, Daniel Elie Daguindeau, Kevin McHardy, Matthew Taylor, Chakib Ziani Cherif, James Mullany, Dennis Hill, Enrique Aguirre Soto, Oskar Petur Saevarsson, Philip James, and Tawanda Chieza). The complaint is dismissed with prejudice.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendant's motion to dismiss [119].

Date: 10/31/2022

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk